The People of the State of New York ex rel. Tyrone Jackson, Appellant, v Frank J. Tracey, as Superintendent of the Downstate Correctional Facility, Respondent.

Submitted April 25, 2005; decided June 9, 2005

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that denied appellant's motion for poor person relief dismissed upon the ground that such part of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.